B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Georgia

In re **Sonja Hatcher**     Case No. **12-10809**
Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Nissan Motors | **Describe Property Securing Debt:** 2007 Nissan |
| Property will be (check one): <br> ■ Surrendered     ☐ Retained ||
| If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). ||
| Property is (check one): <br> ■ Claimed as Exempt     ☐ Not claimed as exempt ||

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES     ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date **August 12, 2013**     Signature **x /s/ Sonja Hatcher**
Sonja Hatcher
Debtor